**Dismissed and Opinion Filed September 15, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01078-CV

### IN RE JASON ZENO, Relator

**Original Proceeding from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-5136707**

## MEMORANDUM OPINION

Before Justices Francis, Brown, and Whitehill
Opinion by Justice Whitehill

In this original proceeding, relator asks this Court to issue a writ directing the district clerk to file a motion for child support modification and a request to proceed in forma pauperis that relator purportedly sent to the district clerk for filing.

This Court does not have jurisdiction to issue a writ of mandamus against a district clerk unless it is necessary to enforce our own jurisdiction. TEX. GOV'T CODE § 22.221(a) (court of appeals may only issue writ of mandamus against district and county judges or as necessary to enforce jurisdiction of appellate court); *In re Wilkerson*, No. 05-16-00322-CV, 2016 WL 1320815, at *1 (Tex. App.—Dallas Apr. 5, 2016, orig. proceeding) (mem. op.) (citing *In re Simpson*, 997 S.W.2d 939, 939 (Tex. App.—Waco 1999, orig. proceeding)). Relator has no appeal pending in this Court and, therefore, our jurisdiction is not in jeopardy.

Accordingly, we dismiss relator's petition for writ of mandamus for want of jurisdiction.


/Bill Whitehill/
BILL WHITEHILL
JUSTICE



171078F.P05